**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                    **Crim. Action No.: 2:19CR29-2
(Judge Kleeh)**

**JOHNNA DEE COURTNEY,**

    **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 53],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On January 29, 2020, the Defendant, Johnna Dee Courtney ("Courtney"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Counts One and Three of the Indictment. Courtney stated that she understood that the magistrate judge is not a United States District Judge, and Courtney consented to pleading before the magistrate judge. This Court referred Courtney's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Courtney's statements during the plea hearing, and the Government's proffer establishing that an independent factual

basis for the plea existed, the magistrate judge found that Courtney was competent to enter a plea, that the plea was freely and voluntarily given, that Courtney was aware of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 53] finding a factual basis for the plea and recommending that this Court accept Courtney's plea of guilty to Counts One and Three of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither Courtney nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 53], provisionally **ACCEPTS** Courtney's guilty plea, and **ADJUDGES** her **GUILTY** of the crimes charged in Counts One and Three of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until

USA v. COURTNEY                                              2:19CR29-2

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 53],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Courtney, and prepare a presentence investigation report for the Court;

2. The Government and Courtney shall each provide their narrative descriptions of the offense to the Probation Officer by **March 2, 2020**;

3. The presentence investigation report shall be disclosed to Courtney, his counsel, and the Government on or before **May 1, 2020**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence investigation report on or before **May 15, 2020**;

5. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **May 29, 2020**; and

USA v. COURTNEY                                                2:19CR29-2

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 53],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

6. Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **June 11, 2020.**

The magistrate judge remanded Courtney to the custody of the United States Marshals Service.

The Court will conduct the **Sentencing Hearing** for Courtney on **Monday, June 22, 2020,** at **1:00 P.M.**, at the **Elkins, West Virginia** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: February 20, 2020

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE